1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9   MOODY WOODROW TANKSLEY,

10                                      Plaintiff,

11        v.

12   CDC AVENAL STATE PRISON
     OFFICERS, et al.,

13

14                                      Defendants.
     _____/

CASE NO. 1:08-cv-00732-AWI-SMS PC

ORDER STRIKING UNSIGNED MOTION

(Doc. 18)

15

16        Plaintiff Moody Woodrow Tanksley ("Plaintiff") is a state prisoner proceeding pro se and

17   in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 6, 2008,

     Plaintiff filed an unsigned motion.
18
          The Court cannot consider unsigned filings.  Local Rule 7-131; Fed. R. Civ. P. 11(a).
19
     Accordingly, the unsigned motion is HEREBY STRICKEN from the record.
20

21
     IT IS SO ORDERED.
22
     **Dated:    November 7, 2008**              **_____/s/ Sandra M. Snyder_____**
23                                               UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1