# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | CASE NO. 1:08-cv-00732-SMS PC |
| Plaintiff, | ORDER STRIKING HABEAS PETITION |
| v. | (Doc. 11) |
| CDC AVENAL STATE PRISON OFFICERS, et al., | ORDER DENYING MOTION FOR TRIAL DATE |
| Defendants. | (Doc. 20) |

Plaintiff Moody Woodrow Tanksley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 27, 2008. On June 26, 2008, Plaintiff filed a first amended complaint, and on July 29, 2008, Plaintiff filed a second amended complaint. In a separate order issued concurrently with this order, Plaintiff's second amended complaint was dismissed with leave to amend. 28 U.S.C. § 1915A.

On July 11, 2008, Plaintiff filed a petition for writ of habeas corpus, and on November 18, 2008, Plaintiff filed a motion seeking a trial date in this action.

This is a civil rights action. Plaintiff may not submit a habeas petition for consideration. If Plaintiff wishes to pursue a petition, he must initiate a new action. The petition shall be stricken from the record.

Further, Plaintiff's request for a trial date is premature and is denied. Defendants have not yet been served and made an appearance in this action. This matter will be set for trial only after that occurs and after the parties have conducted discovery and filed pretrial dispositive motions.


For the reasons set forth herein, it is HEREBY ORDERED that:

1. Plaintiff's habeas petition, filed July 11, 2008, is STRICKEN; and
2. Plaintiff's motion for a trial date, filed November 18, 2008, is DENIED.

IT IS SO ORDERED.

**Dated:   November 20, 2008**             /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE