1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9 MOODY WOODROW TANKSLEY, | CASE NO. 1:08-cv-00732-SMS PC |
| 10           Plaintiff, | ORDER DENYING MOTION FOR MEDICAL CARE |
| 11   v. | (Doc. 7) |
| 12 CDC AVENAL STATE PRISON OFFICERS, et al., | |
| 13 | |
| 14           Defendants. | |
| 15 _____/ | |

16      Plaintiff Moody Woodrow Tanksley ("Plaintiff") is a state prisoner proceeding pro se and

17 in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 18, 2008, Plaintiff

18 filed a motion which the Court construes as seeking an order mandating that Plaintiff receive medical

19 treatment for his blood clots.

20      Plaintiff is housed at Salinas Valley State Prison and this action is pending against prison

21 officials at Avenal State Prison.  The Court does not have jurisdiction over officials at Salinas Valley

22 State Prison, and the pendency of this action provide no basis for the Court to intervene in Plaintiff's

23 current conditions of confinement there.  City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct.

24 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State,

25 Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d 1118,

26 ///

27 ///

28 ///

1126 (9th Cir. 2006).  Because the Court lacks jurisdiction to issue the order sought by Plaintiff, his motion is HEREBY DENIED.[1]

IT IS SO ORDERED.

**Dated:** __**November 24, 2008**__          _____/s/ **Sandra M. Snyder**_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the lack of jurisdiction, the Court does not reach the deficiencies relating to the merits of Plaintiff's motion.