# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY,<br><br>            Plaintiff,<br><br>       v.<br><br>CDC AVENAL STATE PRISON OFFICERS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:08-cv-00732-AWI-SMS PC<br><br>ORDER STRIKING THIRD AMENDED COMPLAINT, AND REQUIRING PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT THAT COMPLIES WITH THE DIRECTIVES IN THE COURT'S SCREENING ORDER FILED NOVEMBER 21, 2008<br><br>(Doc. 27) |

Plaintiff Moody Woodrow Tanksley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 21, 2008, the Court screened Plaintiff's second amended complaint and ordered Plaintiff to file a third amended complaint within thirty days. On November 25, 2008, Plaintiff filed a third amended complaint. However, the third amended complaint was drafted and mailed to the Court prior to Plaintiff's receipt of the Court's screening order. Plaintiff has already amended once as a matter of right and may no longer freely amend without leave of court. Fed. R. Civ. P. 15(a). The Court has screened the second amended complaint and Plaintiff must file a third amended complaint that complies with the directives in that order.

///
///
///
///

1    Because Plaintiff amended without leave of court and prior to receipt of the Court's screening
2 order, his third amended complaint is HEREBY STRICKEN from the record. Plaintiff is required
3 to comply with the Court's screening order filed November 21, 2008, by filing a third amended
4 complaint that complies with the directives set forth in that order.

6 IT IS SO ORDERED.

7 **Dated:    December 1, 2008**                    /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE