# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CDC AVENAL STATE PRISON OFFICERS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-00732-SMS PC<br><br>ORDER DIRECTING DEFENDANTS TO NOTIFY COURT WITHIN FIFTEEN DAYS WHETHER THEY CONSENT TO OR DECLINE MAGISTRATE JUDGE JURISDICTION |

Plaintiff consented to Magistrate Judge jurisdiction on June 10, 2008, and pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, this matter is currently assigned to the undersigned. Defendants have now appeared in the action. Accordingly, within **fifteen (15) days** from the date of service of this order, Defendants SHALL notify the Court whether they consent to or decline Magistrate Judge jurisdiction. 28 U.S.C. § 636(c).

IT IS SO ORDERED.

Dated:  May 28, 2009                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1