# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>CDC AVENAL STATE PRISON OFFICERS, et al.,<br><br>    Defendants.<br> | CASE NO. 1:08-cv-00732-LJO-SMS PC<br><br>ORDER DENYING MOTION FOR TRANSCRIPTS<br><br>(Doc. 63) |

Plaintiff Moody Woodrow, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 27, 2008. The action was dismissed on September 4, 2009, for failure to exhaust the administrative remedies. 42 U.S.C. § 1997e(a). On October 1, 2009, Plaintiff filed a motion seeking transcripts.

No hearings were held in this matter, and therefore, there are no transcripts. Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:  October 5, 2009            /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE

1